

# THE THIRTEENTH COURT OF APPEALS

13-16-00100-CV

Richard Miguel Santos-Herrera
v.
United States of America

On Appeal from a Federal Order

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 19, 2016